IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06-CR-00087-RJC-DCK

| | |
|---|---|
| USA | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| JAMES WILLIAM GASTON (3) | ) |
| | ) |

**THIS MATTER** is before the Court on defense counsel's motion to stay, (Doc. No. 255), resolution of the defendant's pro se motion for a reduced sentence pursuant to the First Step Act of 2018, (Doc. No. 247), until July 31, 2019.

After the defendant filed his pro se motion, counsel from the Federal Public Defender's Office entered an appearance. (Doc. No. 250: Notice of Appearance). Counsel seeks additional time to consult with the defendant, gather information, and conduct research in anticipation of filing a supplemental pleading on his behalf. (Doc. No. 255 at 2). The motion recites that the government is not opposed. (Id.). In the circumstances of this case, the Court finds good cause to grant the requested stay.

**IT IS, THEREFORE, ORDERED** that counsel for the defendant shall file any supplemental pleading regarding relief under the First Step Act on or before July 31, 2019.

Signed: August 6, 2019

Robert J. Conrad, Jr.
United States District Judge