# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:06-CR-087-RJC-DCK

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **JAMES WILLIAM GASTON,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion To File Supplemental Memorandum In Support Of Defendant's Motion For Reduced Sentence Under The First Step Act Of 2018 Under Seal" (Document No. 276) filed May 29, 2020. In accordance with the Local Rules, the Court has considered the Motion to Seal, the public's interest in access to the affected materials, and alternatives to sealing. The Court determines that no less restrictive means other than sealing is sufficient inasmuch as Defendant's Supplemental Memorandum in Support of his Motion for a Reduced Sentence Under the First Step Act of 2018 contains sensitive and private information that is inappropriate for public access. Having carefully considered the motion and the record, and for good cause, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Motion To File Supplemental Memorandum In Support Of Defendant's Motion For Reduced Sentence Under The First Step Act Of 2018 Under Seal" (Document No. 276) is **GRANTED**, and the Defendant's Supplemental Memorandum in Support of his Motion for a Reduced Sentence Under the First Step Act of 2018 and accompanying exhibits shall be sealed until further Order of this Court.

**SO ORDERED**.

Signed: June 2, 2020

David C. Keesler
United States Magistrate Judge