IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06-CR-00087-RJC-DCK

| USA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JAMES WILLIAM GASTON (3) | ) | |
| | ) | |

**THIS MATTER** is before the Court on the defendant's motions, pro se and through counsel, for a reduced sentence pursuant to the First Step Act of 2018. (Doc. Nos. 247, 263).

Local Criminal Rule 47.1(d) requires the government to respond to dispositive defense motions unless otherwise ordered by the Court. Here, it appears that the defendant may be eligible for relief under the Act, (Doc. No. 252: Supplemental Presentence Report at 2), which is discretionary, First Step Act of 2018, § 404(b), (c), Pub. L. 115-135 (2018).

**IT IS, THEREFORE, ORDERED** that the government shall file any response to the motions for sentence reduction within thirty (30) days of the entry of this Order.

Signed: October 6, 2020

*Robert J. Conrad, Jr.*
Robert J. Conrad, Jr.
United States District Judge